1 BENJAMIN B. WAGNER
United States Attorney
2 MICHELLE RODRIGUEZ
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

5

6 Attorneys for Plaintiff
United States of America

7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                  CASE NO.  02:14-MJ-00197 KJN

12                       Plaintiff,           [PROPOSED] ORDER

13                 v.

14 SAM PEREZ LARES aka SAM PEREZ,

15                       Defendant.

16

17

18       The United States' motion to dismiss without prejudice the underlying UFAP complaint and

19 recall the arrest warrant in the above referenced case, 14-MJ-00197 KJN against defendant SAM

20 PEREZ LARES aka SAM PEREZ is GRANTED.

21 DATED:  January 15, 2015.

22

23                              EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28